JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** HSI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number   See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Dorian Rojas     Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) 300 2nd Ave, Unit 1160, Needham, MA 02494

Birth date (Yr only): 1984   SSN (last4#): 2200   Sex M   Race: Hispanic   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Theodore B. Heinrich     Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   12/09/2020     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Dorian Rojas

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute 100+ grams heroin | 1 |
| Set 2 | 18 U.S.C. § 2 | Aiding and Abetting | |
| Set 3 | 21 U.S.C. § 846 | Conspiracy to distribute 100+ grams heroin, 400+ grams fentanyl, and 500+ grams cocaine | 2 |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

## TRACKING WARRANTS

19-2005-MBB
19-2125-MBB
19-2126-MBB
19-2127-MBB
19-2455-MBB
19-4386-DHH
19-4388-DHH
19-6416-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No. __II__   Investigating Agency __HSI__

**City** __Boston__   Related Case Information:

**County** __Suffolk__
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __See Attachment__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Lennon Carrasco   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  47 Warren St #1, Peabody, MA 01960

Birth date (Yr only): 1985   SSN (last4#): 7121   Sex M   Race: Hispanic   Nationality: _____

Defense Counsel if known: _____   Address _____

Bar Number _____

**U.S. Attorney Information:**

**AUSA**   Theodore B. Heinrich   Bar Number if applicable _____

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  12/09/2020   Signature of AUSA: _(signature)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Lennon Carrasco

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 100+ grams heroin and 400+ grams fentanyl, and 500+ grams cocaine | 2 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

## TRACKING WARRANTS

19-2005-MBB
19-2125-MBB
19-2126-MBB
19-2127-MBB
19-2455-MBB
19-4386-DHH
19-4388-DHH
19-6416-MPK