IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 1:20-CR-10316-RGS |
| ) | |
| DORIAN ROJAS ) | |
| and ) | |
| LENNON CARRASCO ) | |

JOINT MOTION TO EXCLUDE TIME

The defendants are charged in a two-count indictment with drug offenses, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).

The Court held an initial status conference on February 9, 2021 and the parties requested a 60-day continuance due to the need to review and request discovery and to overcome the obstacles raised by the COVID-19 pandemic.  The Court granted the continuance and scheduled the next status conference for April 9, 2021.  Counsel agreed to exclude the time pursuant to the Speedy Trial Act and hereby agree that exclusion of the time pursuant to 18 U.S.C. §3161(7)(A) is appropriate, because the continuance was requested by the parties to properly address issues relating to discovery and client consultation during the pandemic.  Accordingly, the ends of justice outweigh the best

1

interests of the defendant and the public in a speedy trial.

                                      Respectfully submitted,

                                      ANDREW E. LELLING
                                      United States Attorney

By:

                                      */s/ Theodore B. Heinrich*
                                      THEODORE B. HEINRICH
                                      Asst. U.S. Attorney


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                                      */s/ Theodore B. Heinrich*
                                      THEODORE B. HEINRICH
                                      Assistant U.S. Attorney

February 10, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA            ) | |
| ) | |
| v.                                  ) | Crim. No. 1:20-CR-10316-RGS |
| ) | |
| DORIAN ROJAS                        ) | |
| and                                 ) | |
| LENNON CARRASCO                     ) | |

ORDER ON MOTION TO EXCLUDE TIME

Upon consideration of the assented to motion seeking an order of excludable delay, the Court finds as follows:

1. The parties requested a continuance of the status conference due to the needs of counsel to review and request discovery and to overcome obstacles raised by the COVID-19 pandemic. The Court granted the motion and continued the next status conference until April 9, 2021.

2. Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from February 9, 2021 through and including April 9, 2021 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A).

3

Accordingly, the Court hereby grants the joint motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), (1) the period from February 9, 2021 through and including April 9, 2021 is excluded from the speedy trial clock and from the time within which trial must commence.

_____
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

4