IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA        )
                                )
        v.                      )  CRIMINAL NO. 1:20-CR-10316-RGS
                                )
DORIAN ROJAS and                )
LENNON CARRASCO                 )
```

<u>JOINT INTERIM STATUS REPORT</u>

The defendants are charged in a two-count indictment with drug violations.  21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(b).

Pursuant to Local Rule 116.5(b), the parties submit the following joint status report.  Counsel for the defendants have reviewed and approved.

1. **Automatic Discovery and Discovery Requests**

The government has provided the initial automatic discovery. There are no pending discovery requests.

2. **Timing of Additional Discovery**

The government anticipates providing any additional exculpatory information as provided by the Local Rules.

3. **Timing of Additional Discovery Requests**

The defendants request an additional four weeks to make discovery requests.

1

4. **Protective Orders**

The government has filed a request for a protective order
which the Court granted. [Docket No. 13, 15].

5. **Pretrial Motions**

The defendants have not filed any pretrial motions under
Fed. R. Crim. P. 12(b).  They reserve the right to file after
review of complete discovery.

6. **Timing of Expert Disclosures**

The Court has not yet established a date for expert witness
disclosures.  The government submits that expert witnesses
likely to be called by the government as to the present charges
include forensic chemists.  The government submits that expert
disclosures for the government 28 days before trial and expert
disclosures for the defendants 21 days before trial should be
sufficient. Defendants reserve the right to seek earlier expert
disclosures if necessary, for example, for *Daubert* motions.

7. **Defenses**

The defendants do not intend to raise any affirmative
defenses to the present charges.

8. **Excludable Delay**

Zero days of non-excludable time have accrued and 70 days
will remain under the Act in which the case must be tried.

2

9. **Plea Discussions, Trial**

The parties have not engaged in further plea negotiations. It is therefore difficult to assess the likelihood of trial. Any trial is anticipated to last one to two weeks.

10. **Timing of Next Status Conference**

The Court may wish to cancel the Interim Status Conference scheduled for April 9, 2021, as there is no need for the hearing in light of the information set forth in this report.  The Court should set another interim status conference for a date in late May 2021.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:

*/s/ Theodore B. Heinrich*
THEODORE B. HEINRICH
Asst. U.S. Attorney

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Theodore B. Heinrich*
THEODORE B. HEINRICH
Assistant U.S. Attorney

April 7, 2021

4