IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 1:20-CR-10316-RGS |
| | ) |
| DORIAN ROJAS | ) |

ASSENTED MOTION TO CONTINUE

The defendant is charged in a two-count indictment with drug offenses, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B).

The Court scheduled a status conference on November 15, 2021.  The undersigned will be on annual leave November 15, 2021 due to a personal matter which arose in the past days.  On November 12, 2021, counsel discussed the status of the case and agreed that counsel for defendant Rojas needs another 30 days to consult with the defendant in light of the recent change of counsel.

Accordingly, the government requests that the status conference be continued until a date in mid-December, 2021.  Counsel for the defendant assents to this motion.

1

                                    Respectfully submitted,

                                    NATHANIEL R. MENDELL
                                    Acting United States Attorney

                           By:

                                    */s/ Theodore B. Heinrich*
                                    THEODORE B. HEINRICH
                                    Asst. U.S. Attorney


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                                    */s/ Theodore B. Heinrich*
                                    THEODORE B. HEINRICH
                                    Assistant U.S. Attorney
November 12, 2021